UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOSEPH SMITH and RONALD RAISER

                Plaintiff(s),

*MEDIATION CERTIFICATION*

17 - cv - 00639

    v.

CITY OF BUFFALO, et al.,

                Defendant(s).

_____

I hereby certify that:

[✓] The mediation session scheduled for 05/22/2018 has been adjourned to 07/24/2018.
[ ] Case settled prior to the first mediation session.
[ ] Mediation session was held on _____.
    [ ] *Case has settled.* (Comment if necessary).
    [ ] *Case has not settled.* Mediation will continue on _____.
    [ ] *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 05/23/2018              *Mediator:* /S/ Michael Menard

**Additional Comments:**
_____
_____

Print    Clear Form