UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOSEPH SMITH and RONALD RAISER,

                            Plaintiff(s),

                          v.

CITY OF BUFFALO, et al.,

                            Defendant(s).

_____

***MEDIATION CERTIFICATION***

   17   - cv -  639 

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on   3/2/21  .

    ☑ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 04/22/2021                        *Mediator:* /S/ Michael Menard

***Additional Comments:***
_____
_____
_____