

**BYRON W. BROWN**
Mayor of Buffalo

**TIMOTHY A. BALL**
Corporation Counsel

## LAW DEPARTMENT

April 26, 2021

*Via CM/ECF and Email (sinatra@nywd.uscourts.gov)*
John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    *Joseph Smith et al. v. City of Buffalo et al.*
            Civil Action No. 17-CV-00639

Dear Judge Sinatra:

    I represent the remaining City of Buffalo related Defendants in the above action. I write to inform the Court that the parties have reached a proposed settlement in principle and are currently finalizing settlement documents.

    Before payment, all settlements by the City of Buffalo must be approved by the Common Council followed by several legislative and administrative steps as per the City Charter. Approval by the Common Council of recent proposed settlements has been delayed due to pandemic related staff shortages and support staff turnover within the Law Department. The Common Council is expected to consider this proposed settlement in the summer.

    Please advise whether any further action by the parties is necessary at this time. Thank you for Your Honor's attention to this matter.

                                                  Very truly yours,

                                                  TIMOTHY A. BALL, ESQ.
                                                  Corporation Counsel

                                                  s/Maeve E. Huggins
                                                  By: Maeve E. Huggins
                                                  Assistant Corporation Counsel

CC:    Fares A. Rumi, Esq.