UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH SMITH AND RONALD RAISER, | STIPULATION OF VOLUNTARY DISMISSAL |
| Plaintiffs, | Case No. 17-cv-639 |
| vs. | |
| CITY OF BUFFALO, CITY OF BUFFALO POLICE DETECTIVE SHAWN ADAMS, CITY OF BUFFALO POLICE DETECTIVE JOE COOK, | |
| Defendants. | |

It is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for the remaining parties to this action, that this action is voluntarily dismissed on the merits and with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Dated: Buffalo, New York

May 3, 2021

_____
FARES A. RUMI, ESQ.
*Attorney for Plaintiffs*
Phoenix Law
2166 Church Road
Darien Center, New York 14040
(585) 813-8635

_____
MAEVE E. HUGGINS, ESQ.
*Of Counsel to* Timothy A. Ball, Esq.
Corporation Counsel for the
City of Buffalo
*Attorney for City of Buffalo Defendants*
65 Niagara Square, 1104 City Hall
Buffalo, New York 14202
(716) 851-4317